THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN T. BOOKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　Defendant. | CASE NO. C13-1390-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 19). No objections to the Report and Recommendation have been filed. The Court, after consideration of the complaint, the parties' briefs, the Report and Recommendation, and the balance of the record, hereby ORDERS:

(1) The Court adopts the Report and Recommendation (Dkt. No. 19).

(2) The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

(3) The Clerk is respectfully directed to send copies of this Order to the parties.

//
//
//
//

1    DATED this 28th day of April 2014.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2